1    STEVEN G. KALAR
     Federal Public Defender
2    GRAHAM E. ARCHER
     Assistant Federal Public Defender
3    55 South Market Street, Suite 820
     San Jose, CA 95113
4    Telephone: (408) 291-7753

5    Counsel for Defendant RUIZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11    UNITED STATES OF AMERICA,       )   No. 15-mj-70725-MAG
                                      )
12                 Plaintiff,            )
                                      )   STIPULATION AND [PROPOSED] ORDER
13    vs.                              )   TO CONTINUE  HEARING
                                      )
14    JORGE DIAZ RUIZ,               )
                                      )
15                 Defendant.          )
                                      )
16    _____)

17         Defendant Jorge Diaz Ruiz and the government hereby stipulate and agree that the next

18    hearing, currently scheduled for Tuesday, July 7, 2015, at 1:30 p.m. may be continued to

19    Tuesday, July 21, 2015 at 1:30 p.m.  The reason for the requested continuance is that the parties

20    are discussing the possibility of resolving the case prior to indictment.

21         Good cause being shown, the defendant agrees to extend the time within which a

22    preliminary hearing must be conducted pursuant to Rules 5.1(c) and (d).  The parties further

23    stipulate that the time through and including July 21, 2015, may be excluded from the

24    computation of time within which trial shall commence under the Speedy Trial Act, as the

25    ///

26

Stipulation to Exclude Time
15-MJ-70725                            1

1 | reasonable time necessary for effective representation of counsel, pursuant to Title 18, United

2 | States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

3 | Dated: July 1, 2015

4 | s/_____

GRAHAM E. ARCHER

5 | Assistant Federal Public Defender

6 | Dated: July 1, 2015

7 | s/_____

WILLIAM J. GULLOTTA

8 | Assistant United States Attorney

9 |

10 |

11 | [Proposed] **ORDER**

12 |

13 | GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY

14 | ORDERED that the hearing currently set for Tuesday, July 7, 2015, shall be continued to

15 | Tuesday, July 21, 2015, at 1:30 p.m.

16 | It is further ordered that the time through and including July 21, 2015, shall be excluded

17 | from the computation of time within which trial shall commence under the Speedy Trial Act, as

18 | the reasonable time necessary for continuity and effective preparation of counsel, pursuant to

19 | Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

20 | IT IS SO ORDERED.

21 |

22 | Dated: July ___, 2015

_____

23 | HONORABLE HOWARD R. LLOYD

United States Magistrate Judge

24 |

25 |

26 |

Stipulation to Exclude Time
15-MJ-70725