1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM E. ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 15-mj-70725-MAG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | ) TO CONTINUE HEARING |
| | ) |
| JORGE DIAZ RUIZ, | ) |
| | ) |
| Defendant. | ) |

Defendant Jorge Diaz Ruiz and the government hereby stipulate and agree that the next hearing, currently scheduled for Tuesday, July 21, 2015, at 1:30 p.m. may be continued to Tuesday, August 18, 2015 at 1:30 p.m. The reason for the requested continuance is that the parties are discussing the possibility of resolving the case prior to indictment.

Good cause being shown, the defendant agrees to extend the time within which a preliminary hearing must be conducted pursuant to Rules 5.1(c) and (d). The parties further stipulate that the time through and including August 18, 2015, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the

///

Stipulation to Exclude Time
15-mj-70725-MAG                                      1

reasonable time necessary for effective representation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 15, 2015

                                              s/_____
                                              GRAHAM E. ARCHER
                                              Assistant Federal Public Defender

Dated: July 15, 2015

                                              s/_____
                                              WILLIAM J. GULLOTTA
                                              Assistant United States Attorney

## [Proposed] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Tuesday, July 21, 2015, shall be continued to Tuesday, August 18, 2015, at 1:30 p.m.

It is further ordered that the time through and including August 18, 2015, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 16, 2015

                                              _____
                                              HONORABLE HOWARD R. LLOYD
                                              United States Magistrate Judge